206 So.2d 92

**Viola C. HOLLAND**

**v.**

**Allen J. ISTRE et al.**

No. 49028.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.